UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

DONALD HERB JOHNSON,

    Petitioner,

v.

WARDEN RANDY WHITE,

    Respondent.

Civil Action No. 7:14-117-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

1. Donald Herb Johnson's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [R. 1] is **DENIED WITH PREJUDICE**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 8th day of August, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY